Daniel J. Weintraub - Bar #132111
James R. Selth - Bar #123420
Elaine V. Nguyen - Bar #256432
WEINTRAUB & SELTH, APC
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile: (310) 442-0660

Attorneys for Debtor and Defendant,
ANNA DOROSHINA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>ANNA DOROSHINA,<br><br>Debtor,<br>_____<br><br>CALIFORNIA BANK & TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>ANNA DOROSHINA and SERGE DOROSHIN,<br><br>Defendants. | Chapter 7<br><br>Bankruptcy No. 6:15-bk-12147-SY<br><br>Adversary No. 6:15-ap-01165-SY<br><br>**NOTICE OF STIPULATION TO DISMISS COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE AND OPPORTUNITY TO INTERVENE AS PLAINTIFF**<br><br>[Federal Rule of Bankruptcy Procedure 7041 and Local Rule 9013-1(o)]<br><br>Date:<br>Time: [No Hearing Scheduled]<br>Place: |

**TO CHAPTER 7 TRUSTEE TODD A. FREALY, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL CREDITORS HEREIN:**

**PLEASE TAKE NOTICE** that on January 12, 2017, Plaintiff, California Bank & Trust ("Plaintiff"), Debtor and Defendant, Anna Doroshina ("Debtor") and Defendant, Serge Doroshin ("Doroshin")

1

filed a Stipulation for Entry of Judgment in the above-captioned adversary matter which provides for the dismissal of Plaintiff's Claims for Objection to Discharge under 11 U.S.C. §§ 727(a)(2),(3) and (5).

Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Local Rule 9013-1(o), any party in interest may intervene as plaintiff in the Complaint objecting to the Debtor's discharge.

Notice of objection to the dismissal of Plaintiff's Claims for Objection to Discharge and intent to intervene as plaintiff must be filed with the Court and served on the Chapter 7 Trustee, United States Trustee, Debtor and Debtor's counsel. The deadline for filing and serving such notice is 14 days after the date of service of this Notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).

If you fail to comply with this deadline, the Court may treat such failure as a waiver of your right to oppose the dismissal of Plaintiff's Claim for Objection to Discharge and may thereafter dismiss said claim without further hearing and notice.

WEINTRAUB & SELTH, APC

Dated: January 13, 2017    By: /s/ Daniel J. Weintraub
Daniel J. Weintraub
James R. Selth
Attorneys for Debtor and
Defendant, ANNA DOROSHINA

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled **NOTICE OF STIPULATION TO DISMISS COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE AND OPPORTUNITY TO INTERVENE AS PLAINTIFF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 13, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael R Adele    techlitcenter@yahoo.com, kadele@wgllp.com
Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
Todd A. Frealy (TR)    taftrustee@lnbyb.com, tfrealy@ecf.epiqsystems.com
Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
Jason K Schrader    jason.K.Schrader@usdoj.gov
James R Selth    jim@wsrlaw.net, jselth@yahoo.com;anabel@wsrlaw.net;vinnet@ecf.inforuptcy.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 13, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott H. Yun
United States Bankruptcy Court
3420 Twelfth St.
Riverside, CA 92501

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 13, 2017 | Melissa Layne | /s/ Melissa Layne |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing          California Bank & Trust
0973-6                                    c/o Steven Casselberry
Case 6:15-bk-12147-SY                     17901 Von Karman Ave., Ste. 1000
Central District of California            Irvine, CA 92614-5246
Riverside
Fri Dec 16 10:06:25 PST 2016

American Express                          California Bank & Trust               Chase
P.O. Box 981540                           1900 Main Street, Suite 200           P.O. Box 15298
El Paso, TX 79998-1540                    Irvine, CA 92614-7320                 Wilmington, DE 19850-5298


Chase Auto Finance                        Citi                                  Eric J. Rans
P.O. Box 29505                            P.O. Box 6500                         Michelman & Robinson, LLP
Phoenix, AZ 85038-9505                    Sioux Falls, SD 57117-6500            15760 Ventura Blvd., 5th Floor
                                                                                Encino, CA 91436-3011


Jon R. Robertson                          MVV, L.P.                             Sears
Robertson & Olsen, LLP                    600 Aldean Pl.                        P.O. Box 6282
2 Park Plaza, Suite 730                   Newport Beach, CA 92663-5408          Sioux Falls, SD 57117-6282
Irvine, CA 92614-2597


                                          Anna Doroshina
                                          1214 W Boston Post Rd #243
                                          Mamaroneck, NY 10543-3332
```